IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HELEN STRICKLAND, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:12cv456 |
| | § | Judge Clark/Judge Mazzant |
| CHASE HOME FINANCE, LLC, | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| CO. AS TRUSTEE, and McCARTHY | § | |
| HOLTHUS & ACKERMAN, LLP, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 4, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Motion to Dismiss for Failure to State a Claim of Defendants JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC, incorrectly sued as "Chase Home Finance LLC," and Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-5, incorrectly sued as "Deutsche Bank National Trust Co. as Trustee" [Doc. 6] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

1

It is, therefore, **ORDERED** that the Motion to Dismiss for Failure to State a Claim of Defendants JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC, incorrectly sued as "Chase Home Finance LLC," and Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-5, incorrectly sued as "Deutsche Bank National Trust Co. as Trustee" [Doc. 6] is granted, and Plaintiff's case is DISMISSED with prejudice.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **1** day of **October, 2012.**

_____
Ron Clark, United States District Judge